UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. ICARD, an individual; for himself and those similarly situated, and ROES 1 through 30,000 and the proposed class,<br><br>    Plaintiffs,<br>v.<br><br>ECOLAB INC., a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO. 10-cv-00410-JL<br><br>Action Date: December 21, 2009<br><br><br>STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR DATES RELATING TO DEFENDANT'S RESPONSIVE PLEADING AND PLAINTIFF'S MOTION TO REMAND |

**IT IS HEREBY STIPULATED** by and between the parties, Plaintiff JAMES M. ICARD and Defendant ECOLAB INC., that for the following reasons the filing of Defendant's responsive pleadings and the deadline for Plaintiff to file a Motion to Remand are hereby extended for the following reasons:

(1)     On January 28, 2010, Defendant removed this action to this court from the Superior Court of San Francisco County, California, in accordance with 28 U.S.C. §§ 1332 and 1441.

(2)     On February 2, 2010, Plaintiff indicated his intention to file a Motion for Remand in accordance with 28 U.S.C. § 1447.

/ / /

4824-3491-5845.1

1       (3)    The parties have communicated and have agreed to meet to discuss the above-

2   captioned matter in the next couple of weeks before responsive pleadings and any motion to

3   remand is filed.

4       Accordingly, the time for the following dates shall be extended as follows:

5       1.    Defendant's date to file a responsive pleading shall be extended thirty (30) days

6   until March 5, 2010.

7       2.    Likewise, Plaintiff's right to file a Motion to Remand shall not be prejudiced by this

8   extension and shall be extended to fifteen (15) days after Defendant's filing of its responsive

9   pleading, or March 20, 2010, whichever date is earlier.

10      .    All other orders not in conflict with the above shall remain in effect.

11

12  **IT IS SO STIPULATED:**

13                               STOKES ROBERTS & WAGNER, ALC

14  DATED: February 4, 2010

15

16                        By:

17                               Bruno W. Katz
                             Arch Y. Stokes

18                               Attorneys for Defendant
                             ECOLAB INC.

19

20

21

22  DATED: February 7, 2010

23

24                        By:
                             DANIEL PALAY

25                               ALEJANDRO P. GUTIERREZ
                             Attorneys for Plaintiff

26                               JAMES M. ICARD

27

28

                         -2-                        CASE NO. 10-cv-00410-JL

4824-3491-5845 1

1

## ORDER

2    **IT IS SO ORDERED.**

3

4    DATED: <u>February 5, 2010</u>      By: _____

5                                        HONORABLE JUDGE OF THE UNITED
                                         STATES DISTRICT COURT

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

|  | -3- | CASE NO.  10-cv-00410-JL |
|---|---|---|