

**PALAY**
**LAW FIRM**
Employment Litigation

1484 East Main St. Ventura, CA 93001
Tel: (805) 641-6600 • Fax: (805) 641-6607
djp@palaylaw.com • www.palaylaw.com

March 12, 2010

*DENIED*
*Judge James Larson*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

Magistrate Judge James Larson
U.S. District Court
Northern District of California
Department F, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *James Icard v. Ecolab, Inc.*
USDC Case No. C 10-00410 JL
REQUEST FOR TELEPHONIC APPEARANCE
Motion Hearings: April 14, 2010, 9:30 a.m., Dept. F

Dear Judge Larson:

I am the attorney of record for Plaintiff James Icard. There are currently three motions on calendar to be heard on April 14, 2010, at 9:30 a.m. in Department F: (1) Defendant's Motion to Dismiss; (2) Plaintiff's Motion for Remand; and (3) Plaintiff's Motion for Sanctions. Since my office is located in Ventura in Southern California, in order save airfare and traveling expenses to San Francisco, I am requesting authorization to appear for these motions by telephone at (805) 641-6600 on April 14, 2010 at 9:30 a.m.

Please let me know if this request will be granted.

Very truly yours,

PALAY LAW FIRM



DANIEL J. PALAY

DJP/jj
cc: All Counsel (via e-file)