1    MARGARET M. STOKES, CA State Bar No. 117304
     mstokes@stokesroberts.com
2    ARCH Y. STOKES (permanently admitted to this court)
     astokes@stokesroberts.com
3    STOKES ROBERTS & WAGNER
     3593 HEMPHILL STREET
4    ATLANTA, GA 30337
     Telephone:  (404) 766-0076
5    Facsimile:  (404) 766-8823

6    Attorneys for Defendant Ecolab Inc., a Delaware Corporation
      (erroneously sued herein as ECOLAB, INC.)

7

8
                    **UNITED STATES DISTRICT COURT**
9
                   **NORTHERN DISTRICT OF CALIFORNIA**
10

11

12   JAMES M. ICARD, an individual; for himself          Case No.  10-00410 PJH
     and those similarly situated, and ROES 1
13   through 30,000 and the proposed class,              Action Date:  December 21, 2009

14                    Plaintiff,
                                                         **STIPULATION REQUESTING**
15             v.                                        **CHANGE IN DATE OF CASE**
                                                         **MANAGEMENT CONFERENCE**
16   ECOLAB INC., a Delaware Corporation,
     and DOES 1 through 100, inclusive,                   Date:    **July 1, 2010**
17                                                        Time:    **2:00 p.m.**
                      Defendant.                          Ctrm:    **3 / 3rd Floor - Oakland**
18
                                                         Judge:  Phyllis J. Hamilton
19

20

21         The parties jointly seek to change the date of the Case Management Conference in the

22   above-captioned case, currently scheduled for Thursday, July 29, 2010, to Thursday, July 1,

23   2010, on the following grounds:

24         1.      The lead counsel for the Defendant, Arch Stokes, is also lead counsel in an

25   arbitration case, *Smitco v. The Krystal Company,* No. 30-114-00315-09.  That case has recently

26   been scheduled for an arbitration hearing beginning July 27, 2010 in Chattanooga, TN;

27         2.      The scheduling of the *Smitco* arbitration hearing will make it impossible for Mr.

28   Stokes to attend the Case Management Conference on July 29, 2010;

4820-0889-9590.1

3.	This Court requires the parties' counsel to attend the Case Management Conference in person;

4.	The parties agree that July 1, 2010 is a date that will be a satisfactory substitute to the currently-scheduled date of July 29, and both parties' counsel can attend a Case Management Conference on that date;

5.	This stipulated request to reschedule is timely made more than two months in advance of the currently scheduled date for the Case Management Conference;

6.	The Court's website reveals no conflict on the date of July 1, 2010;

7.	Prior to this, the only scheduling modification was made by this Court when Judge Hamilton took over the case from Magistrate Larson and rescheduled the Motions hearing date from April 14, 2010, to June 23, 2010; and

8.	The only change necessitated by the requested change in the date of the Case Management Conference would be to require that the parties' Case Management Statement be filed on or before June 24, 2010, instead of July 22, 2010.

The parties therefore request that the Court reschedule the Case Management Conference, currently scheduled for July 29, 2010, to July 1, 2010 and require that the parties' Case Management Statement be filed on or before June 24, 2010, instead of July 22, 2010.

DATED:  May 4, 2010                                        STOKES ROBERTS & WAGNER

By:  __/s/ Arch Stokes_____
     MARGARET M. STOKES
     ARCH Y. STOKES
     Attorneys for Defendant
     Ecolab Inc., a Delaware Corporation

4820-0889-9590.1

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. ICARD, an individual; for himself and those similarly situated, and ROES 1 through 30,000 and the proposed class, | Case No. 10-00410 PJH |
| Plaintiff, | Action Date: December 21, 2009 |
| v. | **STIPULATION** |
| ECOLAB INC., a Delaware Corporation, and DOES 1 through 100, inclusive, | Date: **July 1, 2010** <br> Time: **2:00 p.m.** <br> Ctrm: **3 / 3rd Floor - Oakland** |
| Defendant. | Judge: Phyllis J. Hamilton |

The parties hereby stipulate, pending approval of the Court, to the rescheduling of the Case Management Conference in this case from July 29, 2010, at 2:00 pm PDT to July 1, 2010, at 2:00 pm PDT and the filing of their joint Case Management Statement by June 24, 2010 instead of July 22, 2010.

STOKES ROBERTS & WAGNER

By: _____
MARGARET M. STOKES
ARCH Y. STOKES
Attorneys for Defendant
Ecolab Inc., a Delaware Corporation

PALAY LAW FIRM                                        HATHAWAY LAW FIRM

By: _____                        By: _____
DANIEL V. PALAY                                           ALEJANDRO P. GUTIERREZ
Attorney for Plaintiff,                                  Attorney for Plaintiff,
James M. Icard                                           James M. Icard


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____
U.S. DISTRICT COURT JUDGE

3                                                        4:10-cv-00410 PJH

4820-0889-9590.1

1

2

3

4

5

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 6 JAMES M. ICARD, an individual; for himself and those similarly situated, and ROES 1 7 through 30,000 and the proposed class, | Case No.  10-00410 PJH |
| 8 Plaintiff, | Action Date:  December 21, 2009 |
| 9 v. | **STIPULATION** |
| 10 ECOLAB INC., a Delaware Corporation, and DOES 1 through 100, inclusive, 11 | **Date:    July 1, 2010** **Time:    2:00 p.m.** **Ctrm:    3 / 3rd Floor - Oakland** |
| 12 Defendant. | Judge: Phyllis J. Hamilton |

13

14      The parties hereby stipulate, pending approval of the Court, to the rescheduling of the
Case Management Conference in this case from July 29, 2010, at 2:00 pm PDT to July 1, 2010,
15  at 2:00 pm PDT and the filing of their joint Case Management Statement by June 24, 2010
instead of July 22, 2010.

16

STOKES ROBERTS & WAGNER
17

18  By: _____
19      MARGARET M. STOKES
        ARCH Y. STOKES
20      Attorneys for Defendant
        Ecolab Inc., a Delaware Corporation

21  PALAY LAW FIRM                           HATHAWAY LAW FIRM
22

23  By: _____              By: _____
24      DANIEL J. PALAY                          ALEJANDRO P. GUTIERREZ
        Attorney for Plaintiff,                  Attorney for Plaintiff,
25      James M. Icard                           James M. Icard

26

27  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

28      5/7/10
                                    _____
                                    U.S. DISTRICT COURT

4:10-cv-00410 PJH

4820-0889-9590.1